1
2                                                                                           O
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,        )
                                      )
12                 Plaintiff,         )    SA 08-657M
                                      )
13       v.                           )    ORDER OF DETENTION AFTER HEARING
                                      )       (18 U.S.C. § 3142(i))
14   MAURICIO ALMENDAREZ AMAYA,       )
                                      )
15                 Defendant.         )
     _____)
16

17                                          I.

18   A.  ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§  801,/951, et. seq..,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. ( X)    serious risk defendant will flee;

26       2. ( ) serious risk defendant will

27          a. ( ) obstruct or attempt to obstruct justice;

28          b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                     II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )   appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                                    III.

6    The Court has considered:

7    A. ( x) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                                   IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16           **Defendant is undocumented.  He has no ties to the community and no bail**

17           **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20           1. ( )   obstruct or attempt to obstruct justice;

21           2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24           provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

6

7

8  Dated: November 18, 2008

9
                                           Marc L. Goldman
10                                         U.S. Magistrate Judge